IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEYONTAE CORNAIL STINSON,

    Plaintiff,

    v.

EDWARD ROTHBAUER and JUSTIN RIBAULT,

    Defendants.

Case No.  20-cv-762-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/16/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |