U.S. COURT OF APPEALS FOR THE SEVENTH COURT

page 1 of 1

DEYONTAE CORNAIL STINSON pro se
Plaintiff - Appellant

V.

EDWARD ROTHBAUER and JUSTIN RIBAULT,
Defendants - Appellees

CASE NO. 20 cv 762-jdp

U.S.C.A. – 7th Circuit
RECEIVED
JAN 12 2021 CH

## NOTICE OF APPEAL

I plaintiff DEYONTAE CORNAIL STINSON here by pro se, is a prisoner at Columbia Correctional Institution, appeals to this Court of Appeals, This Court has jurisdiction pursuant to 28 U.S.C. § 1291 over this Appeal of the U.S. District Court For the Western District of Wisconsin Court's November 16, 2020, Opinion and Order and judgment (Dkt. 11 and Dkt. 12) See 7th Cir. R. 28 (a)(2)(i) and (4) a

On November 23, 2020 I the plaintiff has Filed a motion for Reconsideration to Reopen the plaintiff's Case it's now been over a month and the District Court has not respond to my motion (see Dkt. 13), this motion has shown very well Good cause to reconsider, please Further more that you will take notice that I will Ask of this court of Appeals Allow I the plaintiff to electronically File this Foregoing with Appeal with the United States Court of Appeal For the Seventh Circuit using the CM/ECF system, under electronic Filing under Cir. R 25(a). (Note: I'm a indigent inmate to which the Western District of Wisconsin took Notice)

[Dated       2021]    pro se    Respectfully Submitted

Deyontae Stinson

DEYONTAE CORNAIL STINSON # 533015
Columbia Correctional Institution
P.O Box 900
Portage, WI 53901